B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Taylor, Charles Edward II | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>xxx-xx-1074 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1522 N. LaSalle St.<br>Chicago, IL<br>ZIP Code: 60610 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Taylor, Charles Edward II |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Taylor, Charles Edward II |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Charles Edward Taylor, II
Signature of Debtor  Charles Edward Taylor, II

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

April 23, 2012
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  /s/ Steven B. Towbin
Signature of Attorney for Debtor(s)

Steven B. Towbin 2848546
Printed Name of Attorney for Debtor(s)

Shaw Gussis et al
Firm Name

321 N. Clark Street
Suite 800
Chicago, IL 60654
Address

312-541-0151  Fax: 312-980-3888
Telephone Number

April 23, 2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Charles Edward Taylor, II                                               Case No.
                                    Debtor(s)                                   Chapter    11

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*  ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: /s/ Charles Edward Taylor, II
                     Charles Edward Taylor, II

Date: April 23, 2012

Certificate Number: 01356-ILN-CC-017249406



01356-ILN-CC-017249406

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 3, 2012</u>, at <u>10:46</u> o'clock <u>AM EST</u>, <u>Charles Taylor</u> received from <u>Hummingbird Credit Counseling and Education, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>February 3, 2012</u>            By:    <u>/s/Sherrell Morgan</u>

Name:  <u>Sherrell Morgan</u>

Title:   <u>Certified Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Charles Edward Taylor, II                                                  Case No.
                                        Debtor(s)                                  Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Patricia Caiarelli, Guardian c/o Madeline Gauthier 11033 NE 24th St #200 Bellevue, WA 98004-2971 | Patricia Caiarelli, Guardian c/o Madeline Gauthier 11033 NE 24th St #200 Bellevue, WA 98004-2971 | Attorneys fees claim by Kimbrough and Gauthier | Disputed | 983,000.00 |
| Jack Borland 401 Park Place Center Suite 104 Kirkland, WA 98083-3355 | Jack Borland 401 Park Place Center Suite 104 Kirkland, WA 98083-3355 | Legal fees | Unliquidated Disputed | 300,000.00 |
| Michael Longyear Reed Longyear Malnati & Ahrens 801 Second Avenue, Suite 1415 Seattle, WA 98104 | Michael Longyear Reed Longyear Malnati & Ahrens 801 Second Avenue, Suite 1415 Seattle, WA 98104 | Attorneys fees | Disputed | 173,705.69 |
| Michael R. Caryl 18 West Mercer St. #400 Seattle, WA 98119 | Michael R. Caryl 18 West Mercer St. #400 Seattle, WA 98119 | Legal fees | Unliquidated Disputed | 35,208.56 |
| Suzanne Howle Two Union Square 601 Union Street #3232 Seattle, WA 98101 | Suzanne Howle Two Union Square 601 Union Street #3232 Seattle, WA 98101 | Legal fees | Unliquidated Disputed | 35,000.00 |
| Kirk Griffin 600 University St. Seattle, WA 98101 | Kirk Griffin 600 University St. Seattle, WA 98101 | Legal fees | Unliquidated Disputed | 35,000.00 |
| Phil Talmadge Talmadge/Fitzpatrick PLLC 18010 Southcenter Parkway Seattle, WA 98188-4630 | Phil Talmadge Talmadge/Fitzpatrick PLLC 18010 Southcenter Parkway Seattle, WA 98188-4630 | Legal fees | Unliquidated Disputed | 30,000.00 |
| Stanford University % Kelly Snyder Office of Planned Giving Arrillaga Alumni Ctr.326 Galvez St. Stanford, CA 94305 | Stanford University % Kelly Snyder Office of Planned Giving Arrillaga Alumni Ctr.326 Galvez St. Stanford, CA 94305 | | Unliquidated Disputed | 25,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Charles Edward Taylor, II  
                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Michael Oliver<br>Helsell Fettermann LLP<br>1001 Forth Ave #4200<br>Seattle, WA 98154 | Michael Oliver<br>Helsell Fettermann LLP<br>1001 Forth Ave #4200<br>Seattle, WA 98154 | Legal fees | Unliquidated<br>Disputed | 21,999.96 |
| Law Office Of B. Jeffrey Carl<br>705 2nd Ave. #910<br>Seattle, WA 98104 | Law Office Of B. Jeffrey Carl<br>705 2nd Ave. #910<br>Seattle, WA 98104 | Legal Fees | | 15,000.00 |
| Paul Spencer, Attorney<br>Oseran Hahn Spring & Watts<br>10900 NE 4th St #1430<br>Bellevue, WA 98004 | Paul Spencer, Attorney<br>Oseran Hahn Spring & Watts<br>10900 NE 4th St #1430<br>Bellevue, WA 98004 | Legal Fees | | 15,000.00 |
| University of Illinois<br>Wesley W. Curtis<br>506 S. Wright St.<br>Urbana, IL 61801 | University of Illinois<br>Wesley W. Curtis<br>506 S. Wright St.<br>Urbana, IL 61801 | | Unliquidated<br>Disputed | 10,000.00 |
| Handler Thayer, Attorneys<br>191 N. Wacker Dr., 23rd Floor<br>Chicago, IL 60606 | Handler Thayer, Attorneys<br>191 N. Wacker Dr., 23rd Floor<br>Chicago, IL 60606 | Legal Fees | | 10,000.00 |
| Michael Carter<br>MBC Video<br>14415 NE 64th St.<br>Redmond, WA 98052 | Michael Carter<br>MBC Video<br>14415 NE 64th St.<br>Redmond, WA 98052 | | Unliquidated<br>Disputed | 6,758.70 |
| Sam B. Franklin/Lee Smart<br>1800 Convention Place<br>701 Pike Street<br>Seattle, WA 98101-3929 | Sam B. Franklin/Lee Smart<br>1800 Convention Place<br>701 Pike Street<br>Seattle, WA 98101-3929 | Legal fees | Unliquidated<br>Disputed | 2,750.00 |
| Karl Tegland<br>16000 Bothell Everett Hwy #241<br>Mill Creek, WA 98012 | Karl Tegland<br>16000 Bothell Everett Hwy #241<br>Mill Creek, WA 98012 | Legal fees | Unliquidated<br>Disputed | 1,062.50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re   Charles Edward Taylor, II                                    Case No.
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, Charles Edward Taylor, II, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  April 23, 2012                                  Signature  /s/ Charles Edward Taylor, II
                                                                           Charles Edward Taylor, II
                                                                          Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   Charles Edward Taylor, II                                  Case No.
                              Debtor(s)                            Chapter   11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   30

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   April 23, 2012                    /s/ Charles Edward Taylor, II
                                          Charles Edward Taylor, II
                                          Signature of Debtor

```
Bank of America
PO Box 5170
Simi Valley, CA 93062-5170


Bank of America
100 North Tryon St.
Charlotte, NC 28255


Bank of America
231 S. LaSalle Street
Chicago, IL 60604


Bank of America
c/o CT Corporation
150 Fayetteville St. Box 1011
Raleigh, NC 27601


Bank of America Bankruptcy
Attn: Bankruptcy NC4-105-02-99
PO Box 26012
Greensboro, NC 27420


Bruce Wald
Tishler & Wald
200 S. Wacker Dr. # 3000
Chicago, IL 60606


Cathryn Taylor
1522 N. LaSalle St.
Chicago, IL 60610


Cook County Treasurer
Law Dep't.
118 North Clark Street
Chicago, IL 60602


Handler Thayer, Attorneys
191 N. Wacker Dr., 23rd Floor
Chicago, IL 60606


Jack Borland
401 Park Place Center
Suite 104
Kirkland, WA 98083-3355
```

James D. MacLennan
1530 N. Dearborn Unit 10ST
Chicago, IL 60610


Karl Tegland
16000 Bothell Everett Hwy
#241
Mill Creek, WA 98012


Kirk Griffin
600 University St.
Seattle, WA 98101


Law Office Of B. Jeffrey Carl
705 2nd Ave. #910
Seattle, WA 98104


Mark E. Leipold
Gould & Ratner
222 N. LaSalle St. #800
Chicago, IL 60601


Michael Carter
MBC Video
14415 NE 64th St.
Redmond, WA 98052


Michael Longyear
Reed Longyear Malnati & Ahrens
801 Second Avenue, Suite 1415
Seattle, WA 98104


Michael Longyear succ personal rep
Reed Longyear Malnati & Ahrens
801 Second Avenue, Suite 1415
Seattle, WA 98104


Michael Oliver
Helsell Fettermann LLP
1001 Forth Ave #4200
Seattle, WA 98154


Michael R. Caryl
18 West Mercer St. #400
Seattle, WA 98119

Patricia Caiarelli, Guardian
c/o Madeline Gauthier
11033 NE 24th St #200
Bellevue, WA 98004-2971


Patricia Caiarelli, Guardian
Schwartz & Kanyock LLC
111 N. Canal St #394
Chicago, IL 60606


Patricia Caiarelli, Guardian
c/o Charles Kimbrough
11033 Ne 24th St, Ste 200
Bellevue, WA 98005


Paul Spencer, Attorney
Oseran Hahn Spring & Watts
10900 NE 4th St #1430
Bellevue, WA 98004


Phil Talmadge
Talmadge/Fitzpatrick PLLC
18010 Southcenter Parkway
Seattle, WA 98188-4630


Reuben W. Taylor
1528 W. Adams St
Chicago, IL 60607


Sam B. Franklin/Lee Smart
1800 Convention Place
701 Pike Street
Seattle, WA 98101-3929


Stanford University % Kelly Snyder
Office of Planned Giving
Arrillaga Alumni Ctr.326 Galvez St.
Stanford, CA 94305


Suzanne Howle
Two Union Square
601 Union Street #3232
Seattle, WA 98101

```
University of Illinois
Wesley W. Curtis
506 S. Wright St.
Urbana, IL 61801
```