**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 12-16471 |
| CHARLES EDWARD TAYLOR, II, | ) | Hon. Donald R. Cassling |
| | ) | Hearing Date:    May 22, 2012 |
| Debtor. | ) | Hearing Time:    10:30 a.m. |

**NOTICE OF FINAL HEARING ON DEBTOR'S MOTIONS FOR**
**POSTPETITION FINANCING AND RELATED RELIEF**

**PLEASE TAKE NOTICE AS FOLLOWS:**

1. On April 23, 2012 ("Petition Date"), Charles Edward Taylor, II (the "Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Since then, the Debtor has remained in possession of his assets and has continued to operate as a debtor in possession in accordance with 11 U.S.C. § 1107 and 1108.

2. On April 23, 2012, the Debtor filed a (i) Motion for Authority to Use Cash Collateral Generated by 1520 N. LaSalle, Chicago, Illinois and For Related Relief, and (ii) Motion for Authority to Use Cash Collateral Generated by 1522 N. LaSalle Street, Chicago, Illinois and For Related Relief (collectively, the "Motions"). Copies of the Motions are available upon request to the undersigned.

3. On April 26, 2012, the Court entered interim orders on the Motions (collectively, the "Interim Orders") authorizing the Debtor's use of cash collateral and scheduling a final hearing on the Motions. Copies of the Interim Orders are enclosed with this Notice.

4. For the reasons stated and upon the authority cited in the Motions, the Debtor seeks the entry of final orders on the Motions in a form substantially similar to the Interim Orders (collectively, the "Proposed Final Orders"). The Proposed Final Orders will be filed with the Clerk of Court via the CMECF system not less than fifteen (15) days prior to the final hearing. Any party in interest desiring copies of the Proposed Final Orders shall contact the undersigned.

5. A final hearing on the Motion and the relief requested therein and anticipated in the Proposed Final Orders shall be held in Courtroom No. 619, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, on **May 22, 2012 at 10:30 a.m.**, Chicago time, before the **Honorable Donald R. Cassling**, Bankruptcy Judge, or such other Judge who may be sitting in his place and stead. Such hearing may be continued from time to time without further notice other than by announcement in open court.

6. Objections, if any, to the Motions and the relief requested therein and anticipated in the Proposed Final Orders must be in writing to be considered by the Court and shall be filed

with Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, Seventh Floor, so as to be received on or before May 15, 2012 at 4:00 p.m., Chicago time, with a copy served concurrently upon the following parties:

| **Counsel to the Debtor:** | **Counsel to James D. MacLennan**: |
|---|---|
| Steven B. Towbin | Mark E. Leipold |
| Shaw Gussis Fishman Glantz Wolfson & Towbin LLC | Gould & Ratner LLP |
| 321 North Clark Street, Suite 800 | 222 North LaSalle Street |
| Chicago, IL 60654 | Suite 800 |
|  | Chicago, IL 60601 |

**Counsel to the United States Trustee**:

Kathyrn Marie Gleason
Office of the U.S. Trustee
219 S. Dearborn Street, Ste. 873
Chicago, IL 60604

7.  If no objections are timely filed, the Proposed Final Orders may be entered without any further action.

Charles Edward Taylor, II

Dated: April 26, 2012           By: /s/ Steven B. Towbin
                                    One of His Attorneys

Steven B. Towbin (#2848546)
Kimberly Bacher (#6285677)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
Kbacher@shawgussis.com
(312) 541-0151  telephone
(312) 980-3888  facsimile

{10375-001 NOT A0317158.DOC}