# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 12-16471 |
| CHARLES EDWARD TAYLOR, II, | ) | Hon. Donald R. Cassling |
| | ) | Hearing Date:  March 1, 2016 |
| Debtor. | ) | Hearing Time:  9:30 a.m. |

## NOTICE OF MOTION

To:  See Attached Service List

**PLEASE TAKE NOTICE** that on **March 1, 2016 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Donald R. Cassling,** Bankruptcy Judge, in Courtroom No. 619, U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present the **Motion For Leave to File Response To Caiarelli's Supplemental Objection,** a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleading.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

> Steven B. Towbin (#2848546)
> David R. Doyle (#6303215)
> Shaw Fishman Glantz & Towbin LLC
> 321 North Clark Street, Suite 800
> Chicago, Illinois 60654
> (312) 541-0151

## CERTIFICATE OF SERVICE

Steven B. Towbin certifies that he caused to be served a true copy of the above and foregoing notice and attached pleadings upon the attached Electronic Mail Notice List through the ECF System on this 23rd day of February 2016.

> /s/ Steven B. Towbin

{10375-001 MOT A0431301.DOC}

# Mailing Information for Case 12-16471

## Electronic Mail Notice List

- Kimberly A Bacher    kbacher@shawfishman.com, bharrington@shawfishman.com
- Terence G Banich    tbanich@shawfishman.com, kbobb@shawfishman.com
- William J Connelly    wconnelly@hinshawlaw.com
- David R Doyle    ddoyle@shawfishman.com, kjanecki@shawfishman.com
- Madeline Gauthier    madelinegauthier@msn.com
- Jason R Giesler    pogo428@hotmail.com
- Dean C Gramlich    dgramlich@muchshelist.com, dwolski@muchshelist.com;sholstrom@muchshelist.com
- Natalia Rzepka Griesbach    ngriesbach@tishlerwald.com, bmurzanski@tishlerwald.com
- B Lane Hasler    lanehasler@blhpc.com
- Andrew E Houha    bkecfnotices@johnsonblumberg.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Mark E Leipold    mleipold@gouldratner.com, srodriguez@gouldratner.com;lgray@gouldratner.com
- Gerald F. Munitz    gmunitz@nealwolflaw.com, nwolf@nealwolflaw.com;dwolski@nealwolflaw.com;dgramlich@nealwolflaw.com
- Jeffrey B Rose    jrose@tishlerandwald.com, bmurzanski@tishlerandwald.com
- Steven B Towbin    stowbin@shawfishman.com
- Bruce L Wald    bwald@tishlerandwald.com
- Neal L Wolf    nwolf@tetzlafflegal.com, dwolski@tetzlafflegal.com;jbenson@tetzlafflegal.com

## Manual Notice List (Via Email)

Charles and Cathryn Taylor
1522 North LaSalle St.
Chicago, IL 60610
ctaylor@taylormicro.com
cet@taylormicro.com

Law Office Of B. Jeffrey Carl
705 2nd Ave., #910
Seattle, WA 98104
jcarl@wolfenet.com

Patricia Caiarelli, Guardian
c/o Madeline Gauthier
11033 NE 24th St., #200
Bellevue, WA 98004-2971
madelinegauthier@msn.com

Patricia Caiarelli, Guardian
c/o Charles Kimbrough
11033 NE 24th St., Suite 200
Bellevue, WA 98005
kimbroughlaw@comcast.net

Paul Spencer, Attorney
Oseran Hahn Spring & Watts
10900 NE 4th St., #1430
Bellevue, WA 98004
pspencer@ohswlaw.com

Reuben W. Taylor
1528 West Adams St.
Chicago, IL 60607
rwt@taylormicro.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 12-16471 |
| CHARLES EDWARD TAYLOR, II, | ) | Hon. Donald R. Cassling |
| | ) | Hearing Date:   March 1, 2016 |
| Debtor. | ) | Hearing Time:   9:30 a.m. |

**MOTION FOR LEAVE TO FILE RESPONSE TO**
**CAIARELLI'S SUPPLEMENTAL OBJECTION**

Shaw Fishman Glantz & Towbin LLC herewith moves the Court for leave to file the attached Response To Second Supplemental Objection Filed By Patricia Caiarelli To Final Compensation Application Of Debtor's Counsel *instanter*.

Respectfully submitted,

Shaw Fishman Glantz & Towbin LLC

Dated: February 23, 2016       By:  /s/ Steven B. Towbin
                                                  One of its members

Steven B. Towbin (#2848546)
David R. Doyle (#6303215)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151