UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-16471 |
| CHARLES EDWARD TAYLOR, II, | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

# FINAL DECREE

This matter coming to be heard on the motion of Charles Edward Taylor, II, the above-captioned debtor, pursuant to 11 U.S.C. § 350 for entry of a final decree closing the above-captioned bankruptcy case (the "Motion," and all undefined terms herein having the meanings set forth in the Motion);

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. A final decree is hereby entered in the bankruptcy case of Charles Edward Taylor, II, pending in the United States Bankruptcy Court for the Northern District of Illinois, and Case No. 12-16471 is hereby closed.

3. For the avoidance of doubt, the Court explicitly retains jurisdiction over the Fifth and Final Application of Shaw Fishman Glantz & Towbin LLC, as Counsel for the Debtor, for Allowance and Payment of Compensation and Reimbursement of Expenses and for Related Relief [Dkt. No. 422], and adversary proceeding No. 12 01188, styled Caiarelli v. Taylor, et al.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: March 29, 2016

**Prepared by:**

Steven B. Towbin (IL ARDC 2848456)
Terence G. Banich (IL ARDC 6269359)
David R. Doyle (IL ARDC 6303215)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone
(312) 980-3888  facsimile