UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLES EDWARD TAYLOR, II, | ) | Case No. 12-16471 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |

## NOTICE OF FILING

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on **June 15, 2016** the undersigned caused to be filed the attached **Final Account And Distribution Report** with the United States Bankruptcy Court, a true copy of which is herewith served upon you.

Richard M. Fogel<br>
Shaw Fishman Glantz & Towbin LLC<br>
321 North Clark Street, Suite 800<br>
Chicago, Illinois 60654<br>
(312) 541-0151

## CERTIFICATE OF SERVICE

Richard M. Fogel certifies that he caused to be served a true copy of the above and foregoing notice and attached pleadings upon the attached Electronic Mail Notice List through the ECF System (unless otherwise indicated) on this 15th day of June 2016.

/s/ Richard M. Fogel

{10375-001 NOF A0442055.DOCX}

# Mailing Information for Case 12-16471

## Electronic Mail Notice List

- Kimberly A Bacher    kbacher@shawfishman.com, bharrington@shawfishman.com
- Terence G Banich    tbanich@shawfishman.com, kbobb@shawfishman.com
- Terence G Banich    tbanich@shawfishman.com, kbobb@shawfishman.com
- William J Connelly    wconnelly@hinshawlaw.com
- David R Doyle    ddoyle@shawfishman.com, kjanecki@shawfishman.com
- David R Doyle    ddoyle@shawfishman.com, kjanecki@shawfishman.com
- Madeline Gauthier    madelinegauthier@msn.com
- Jason R Giesler    pogo428@hotmail.com
- Dean C Gramlich    dgramlich@muchshelist.com, dwolski@muchshelist.com;sholstrom@muchshelist.com
- Natalia Rzepka Griesbach    ngriesbach@tishlerwald.com, bmurzanski@tishlerwald.com
- B Lane Hasler    lanehasler@blhpc.com
- Andrew E Houha    bkecfnotices@johnsonblumberg.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Mark E Leipold    mleipold@gouldratner.com, jestrada@gouldratner.com;lgray@gouldratner.com
- Gerald F. Munitz    gmunitz@nealwolflaw.com, nwolf@nealwolflaw.com;dwolski@nealwolflaw.com;dgramlich@nealwolflaw.com
- Jeffrey B Rose    jrose@lowis-gellen.com, abolling@lowis-gellen.com
- Todd J Ruchman    amps@manleydeas.com
- Steven B Towbin    stowbin@shawfishman.com
- Steven B Towbin    stowbin@shawfishman.com
- Bruce L Wald    bwald@tishlerandwald.com
- Neal L Wolf    nwolf@tetzlafflegal.com, dwolski@tetzlafflegal.com;jbenson@tetzlafflegal.com;amustafaa@tetzlafflegal.com

## Manual Notice List (Via Email)

Charles and Cathryn Taylor
1522 North LaSalle St.
Chicago, IL 60610
ctaylor@taylormicro.com
cet@taylormicro.com

Law Office Of B. Jeffrey Carl
705 2nd Ave., #910
Seattle, WA 98104
jcarl@wolfenet.com

Patricia Caiarelli, Guardian
c/o Madeline Gauthier
11033 NE 24th St., #200
Bellevue, WA 98004-2971
madelinegauthier@msn.com

Patricia Caiarelli, Guardian
c/o Charles Kimbrough
11033 NE 24th St., Suite 200
Bellevue, WA 98005
kimbroughlaw@comcast.net

Paul Spencer, Attorney
Oseran Hahn Spring & Watts
10900 NE 4th St., #1430
Bellevue, WA 98004
pspencer@ohswlaw.com

Reuben W. Taylor
1528 West Adams St.
Chicago, IL 60607
rwt@taylormicro.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | No. 12-16471 |
| Charles Edward Taylor II, | ) | Hon. Donald R. Cassling |
| | ) | |
| Debtor. | ) | |
| | ) | |

## FINAL ACCOUNT AND DISTRIBUTION REPORT

Richard M. Fogel, not individually, but as Disbursing Agent pursuant to the terms of the Debtor's Plan of Liquidation confirmed by the Court on December 20, 2012, hereby submits his Final Account and Distribution Report:

1. All funds on hand have been distributed in accordance with the notice of proposed distribution filed with the Court on May 18, 2016. The liquidating trust is fully administered and all assets and funds which have come under my control have been properly accounted for as provided by law.

2. The attached Ledger Report reflects the receipts and disbursements.

Respectfully submitted,

Dated: June 15, 2016

/s/ Richard M. Fogel, Disbursing Agent
321 N. Clark Street, Suite 800
Chicago, IL 60610
(312) 276-1334

{10375-001 RPT A0442054.DOC}

# EXHIBIT A

# Ledger Report

Page: 1

| Case Number: | 12-16471 DRC | Trustee: | Richard M. Fogel (330660) |
|---|---|---|---|
| Case Name: | Charles Edward Taylor II | Bank Name: | Rabobank, N.A. |
| | | Account: | 5013465766 - Checking Account |
| Taxpayer ID #: | 36-3736905 | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 06/15/16 | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/17/16 | | SFG&T Client Trust Fund fbo Charles E. Taylor II | Turnover of estate funds | | 282,042.46 | | 282,042.46 |
| | {1} | | Remaining proceeds of   255,204.17 IRA account | 4007-000 | | | 282,042.46 |
| | {2} | | Non-exempt income tax   26,838.29 refund | 4004-000 | | | 282,042.46 |
| 06/01/16 | 101 | Shaw Fishman Glantz & Towbin LLC | Dividend paid 100.00% on $325,581.78; Claim# 6; Filed: $360, | 2100-000 | | 149,166.76 | 132,875.70 |
| 06/01/16 | 102 | B.Lane Hasler PC Client Funds Account | Dividend paid 5.02% on $1,902,922.09; Claim# 1 -4; Filed: | 2400-000 | | 95,591.17 | 37,284.53 |
| 06/01/16 | 103 | The Estate of William R. Taylor | Dividend paid 5.02% on $49,844.92; Claim# 3; Filed: $49,84 | 2400-000 | | 2,503.90 | 34,780.63 |
| 06/01/16 | 104 | Reuben W. Taylor | Dividend paid 5.02% on $692,374.00; Claim# 5 -3; Filed: $6 | 2400-000 | | 34,780.63 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 282,042.46 | 282,042.46 | $0.00 |

**TOTAL - ACCOUNT   5013465766**

| | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 282,042.46 | 4 | Checks | 282,042.46 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $282,042.46 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $282,042.46 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $282,042.46 | | | |

{} Asset reference(s)

# Ledger Report

Page: 2

| Case Number: | 12-16471 DRC | | Trustee: | Richard M. Fogel (330660) |
|---|---|---|---|---|
| Case Name: | Charles Edward Taylor II | | Bank Name: | Rabobank, N.A. |
| | | | Account: | 5013465766 - Checking Account |
| Taxpayer ID #: | 36-3736905 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 06/15/16 | | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Receipts over Case Life | Disbursements over Case Life | Account Balances | Reserve Balances | Account Bal. Less Reserves |
|---|---|---|---|---|---|
| Checking # 5013465766 | 282,042.46 | 282,042.46 | 0.00 | 0.00 | 0.00 |
| | $282,042.46 | $282,042.46 | $0.00 | $0.00 | $0.00 |

**TOTAL - CASE**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 282,042.46 | 4 | Checks | 282,042.46 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $282,042.46 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $282,042.46 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $282,042.46 | | Net Total Balance | $0.00 |

{} Asset reference(s)